# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| STORMBORN TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No.: 2:20-cv-00065-DLB-EBA |
| v. | |
| CARLSON SOFTWARE, INC., | |
| Defendant. | TRIAL BY JURY DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Stormborn Technologies LLC hereby notifies the Court of the dismissal of Defendant Carlson Software, Inc. **without prejudice**. This notice of dismissal pursuant to Civ. R. 41(a)(1)(A) is proper inasmuch as the Defendant has neither answered nor moved for summary judgement.

Dated: August 24, 2020

Together with:

Howard L. Wernow (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
howard.wernow@sswip.com

Respectfully submitted,

HENDERSON DANTONE, P.A.

/s/Frank J. Dantone
Frank J. Dantone
241 Main Street
Greenville, Mississippi 38701
Telephone: (662) 378-3400
Facsimile: (662) 378-3413
fjd@hdpa.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 24, 2020, a true and correct copy of the above and foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served via electronic mail.

/s/Frank J. Dantone
Frank J. Dantone